## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BARKAN WIRELESS IP HOLDINGS L.P., | |
| *Plaintiff*, | CIVIL ACTION NO. 2:19-CV-336-JDG |
| v. | |
| SPRINT CORPORATION, SPRINT COMMUNICATIONS CO. L.P., SPRINT SOLUTIONS INC., SPRINT SPECTRUM L.P., AND COMMSCOPE, INC., | JURY DEMANDED |
| *Defendants*. | |

## <u>NOTICE OF DISCLOSURE</u>

Pursuant to the Court's Docket Control Order (Dkt. No. 58) and the Court's Standing Order regarding Subject Matter Eligibility Contentions, Defendants Sprint Corporation, Sprint Communications Company L.P., Sprint Solutions, Inc., and Sprint Spectrum L.P. (collectively, "Sprint") hereby gives notice to the Court that on March 24, 2020, Sprint served all counsel of record for Plaintiff with its P.R. 3-3 Invalidity Contentions, P.R. 3-4 Document Production and Disclosures, and Subject Matter Eligibility Contentions.

Dated: March 27, 2020                    Respectfully submitted,

                                             */s/ Jason W. Cook*
                                             David E. Finkelson (*pro hac vice*)
                                             Lead Attorney
    McGUIREWOODS LLP
    800 East Canal Street
    Richmond, VA 23219-3916
    Tel: 804-775-1000
    Fax: 804-698-2016
    dfinkelson@mcguirewoods.com

    Jason W. Cook
    Matthew W. Cornelia
    McGUIREWOODS LLP
    2000 McKinney Avenue, Suite 1400
    Dallas, TX 75201
    Tel:  (214) 932-6400
    Fax:  (214) 932-6499
    jcook@mcguirewoods.com
    mcornelia@mcguirewoods.com

    Robert W. Weber (TX 21044800)
    SMITH WEBER, L.L.P.
    5505 Plaza Drive
    PO Box 6167
    Texarkana, Texas 75503
    Tel: (903) 223-5656
    Fax: (903) 223-5652
    bweber@smithweber.com

    *Counsel for Defendants Sprint Corporation, Sprint*
    *Communications Company L.P., Sprint Solutions,*
    *Inc., and Sprint Spectrum L.P.*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule CV-5(a)(3), the undersigned certifies that foregoing document was electronically filed on March 27, 2020 using the Court's CM/ECF system, which will send notice of such filing to all counsel of record who are deemed to have consented to electronic service.

> */s/ Jason W. Cook*
> Jason W. Cook