# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., § § § *Plaintiff*, § § v. § § SPRINT COMMUNICATION CO., L.P., § SPRINT SOLUTIONS, INC. and SPRINT § SPECTRUM L.P., § § *Defendants*. | Case No. 2:19-cv-00336-JRG |

## ORDER

Before the Court is the Claim Construction Memorandum Opinion and Order of Magistrate Judge Payne dated October 26, 2020 (Dkt. No. 144). Defendants Sprint Communication Co., L.P., Sprint Solutions, Inc. and Sprint Spectrum L.P. ("Sprint") have filed Objections to the Order (Dkt. No. 147). Plaintiff Barkan Wireless IP Holdings, L.P. also has filed Objections to the Order (Dkt. No. 146).

After considering the reasoning provided in the Order, the underlying claim construction briefing, Sprint's Objections, Barkan's Objections, Sprint's Response to Barkan's Objections, and Barkan's Response to Sprint's Objections, the Court agrees with the conclusions reached within the Order and finds both Sprint's and Barkan's objections unpersuasive. Accordingly, the Court **OVERRULES** both Sprint's and Barkan's objections and **ADOPTS** Magistrate Judge Payne's Order.

So ORDERED and SIGNED this 8th day of December, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE