IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**SPRINT COMMUNICATIONS CO., L.P., SPRINT SOLUTIONS, INC., and SPRINT SPECTRUM L.P.,**<br><br>　　　　**Defendants.** | Civil Action No. 2:19-cv-00336-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR JUDGMENT AND DISMISSAL OF CERTAIN CLAIMS BASED ON THE CLAIM CONSTRUCTION ORDER

Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan") and Defendants Sprint Communications Co. L.P., Sprint Solutions, Inc., and Sprint Spectrum L.P. ("Sprint") submit this joint motion for entry of judgment and dismissal of certain claims in this action, subject to Barkan's right to appeal after a final judgment is entered as to the *other* claims asserted in this action, trial of which is scheduled for April 5, 2021.

Based on the October 26, 2020 claim construction order adopted by this Court on December 8, 2020, and subject to its right to appeal the Court's claim construction order and entry of final judgment, Barkan stipulates to entry of judgment of non-infringement of Claim 13 of U.S. Patent No. 8,559,312 (the "'312 Patent") and Claims 1-4, 7-12, 15, 16, 18, 19, 28, and 29 of U.S. Patent No. 9,392,638 (the "'638 Patent") (collectively, the "Stipulation Claims").

1

In support of this motion, the parties state as follows:

1. In the October 26, 2020 claim construction order adopted by this Court, the Court adopted Sprint's proposed construction of "tamper-free unit/hardware" to mean a unit/hardware that "includes means to destroy its contents or delete information stored therein, if someone tries to tamper with it." Under this construction, and based on Sprint's discovery responses as to the Accused Products' non-infringement as to this term, Claim 13 of the '312 Patent, and Claims 1-4, 7-12, 15, 16, 18, 19, 28, and 29 of the '638 Patent, are not infringed by the Accused Products.

2. Entering a judgment of non-infringement subject to the reservation of appellate rights is a well-accepted practice. *See, e.g.*, *Mass Inst. of Tech. & Elecs. For Imaging, Inc. v. Abacus Software*, 462 F.3d 1344, 1351 (Fed. Cir. 2006) ("[T]he parties 'stipulate[d] to entry of final judgment of non-infringement of the [Patents] based on the Court's claim construction. . . .' We have jurisdiction under 28 U.S.C. § 1295(a)(1)." (first alteration added)). Barkan's non-infringement stipulation is based on the Court's construction of the terms "tamper-free unit" and "tamper-free hardware."

3. The parties' stipulation, this motion, and any resulting order are without prejudice to the parties' ability to challenge on appeal any aspect of the claim construction order and any eventual final judgment, and without prejudice to the parties' ability to advocate on appeal any alternative grounds supporting any aspect of an eventual final judgment.

Dated: January 11, 2021

Respectfully Submitted,

*/s/  Max L. Tribble, Jr.*
Max L. Tribble, Jr. – Lead Counsel
Texas State Bar No. 20213950
Justin Nelson
Texas State Bar No. 24034766
**SUSMAN GODFREY, L.L.P.**

2

1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

William D. O'Connell
New York State Bar No. 5491014
**SUSMAN GODFREY, L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
boconnell@susmangodfrey.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth DeRieux
Texas State Bar No. 05770585
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Michael F. Heim
Texas State Bar No. 09380923
Robert A. Bullwinkel
Texas State Bar No. 24064327
Blaine A. Larson
Texas State Bar No. 24083360
**HEIM, PAYNE & CHORUSH, LLP**

3

1111 Bagby St., Suite 2100
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com
blarson@hpcllp.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No.24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff Barkan Wireless IP Holdings, L.P.*

Dated:  January 11, 2021    Respectfully submitted,

 /s/ Matthew W. Cornelia
David E. Finkelson (*pro hac vice*)
Lead Attorney
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Tel:  (804) 775-1000
Fax:  (804) 698-2016
dfinkelson@mcguirewoods.com

Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel:  (214) 932-6400
Fax:  (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

Meghan M. Rachford (*pro hac vice*)
**MCGUIREWOODS LLP**
Promenade
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Tel:  (404) 443-5500
Fax:  (404) 443-5599
mrachford@mcguirewoods.com

Robert W. Weber
Texas State Bar No. 21044800
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
PO Box 6167
Texarkana, Texas 75503
Tel: (903) 223-5656
Fax: (903) 223-5652
bweber@smithweber.com

*Counsel for Defendants Sprint Communications Company L.P., Sprint Solutions, Inc., and Sprint Spectrum L.P.*

5

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred with counsel for Defendants and this motion is Joint.

                                                /s/ William D. O'Connell
                                                William D. O'Connell