# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00336-JRG |
| SPRINT CORPORATION, SPRINT COMMUNICATIONS CO., L.P., SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., COMMSCOPE TECHNOLOGIES, LLC, | § § § § § § § | |
| *Defendants*. | § | |

# ORDER

Before the Court is Barkan's Unopposed Motion to Amend Second Amended Docket Control Order to Extend the Deadlines for Submission of Deposition Designations (the "Motion") filed by Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan"). (Dkt. No. 220). In the Motion, Barkan seeks an extension of time for the parties to exchange affirmative deposition designations, rebuttal deposition designations, and associated objections thereto to March 16, 2021, March 23, 2021, and March 26, 2021, respectively. The Court held a telephonic hearing on the Motion on January 26, 2021.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED-IN-PART** and **DENIED-IN-PART**. Accordingly, the deadline for the parties to exchange affirmative deposition designations is **extended** to **February 8, 2021**, the deadline for the parties to exchange objections to affirmative deposition designations and rebuttal deposition designations is **extended** to **February 16, 2021**, and the deadline to exchange objections to rebuttal deposition

designations is **extended** to **February 22, 2021**. In all other respects, the dates and deadlines within the Second Amended Docket Control Order remain in place and unchanged.

    **So ORDERED and SIGNED this 26th day of January, 2021.**

 

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE