IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,**<br><br>Plaintiff,<br><br>v.<br><br>**SPRINT COMMUNICATIONS CO., L.P., SPRINT SOLUTIONS, INC., and SPRINT SPECTRUM L.P.,**<br><br>Defendants. | Civil Action No.  2:19-cv-00336-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION ON MOTIONS *IN LIMINE*

Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan") and Defendants Sprint Communications Co. L.P., Sprint Solutions, Inc., and Sprint Spectrum L.P. ("Sprint"), through their respective counsel, have stipulated to the following and agree that all of the following apply to the jury trial in the instant action:

1. Neither party will reference the race, national origin, religion, sexual orientation, or sexual activities of any person, including any party or witness.  This agreement shall not be deemed to preclude non-disparaging references to the location where the individual resides or to the individual's employment history or educational background.

2. Neither party will reference any motions or orders in this case, other than the claim constructions set out in the Court's *Markman* order, including the fact that either party filed motions *in limine* or that the Court granted or denied any requested relief.

3. Neither party will reference an expert's other affiliations with a party or its counsel on matters not related to the instant action.

4. Neither party will reference the role or presence in the courtroom of jury consultants or shadow jurors, if any, or the use, if any, of jury consultants or jury study or focus groups to assist with trial preparation, jury selection, or trial.

5. Neither party will ask questions during voir dire seeking to commit prospective jurors to a particular range or amount of damages.  This agreement does not prevent the parties from asking prospective jurors if they can award an amount of damages that is "fair" or whether there are circumstances in which no damages are fair.

6. Counsel may not make statements regarding personal beliefs or give personal opinions of the case.

7. Neither party will reference privileged material, including asking questions intended to provoke a privileged or protected answer, inquiring into the nature of any fact witness's preparation for testimony with that witness's counsel, or inquiring into the nature of any retained expert's preparation for testimony with that party's counsel.  This agreement covers any material that is privileged, including questions justifying a privilege objection or referencing a privilege-log entry.

8. Neither party will make any reference to contingent fees, fees incurred, or fee agreements for legal services.  This agreement is not meant to protect discoverable information from experts, such as hourly rates or bills.

9. Neither party will reference the size of any law firm representing any party, the geographic location of the law firm's offices, other matters handled by the law firm or any of its lawyers, other clients or types of clients represented by the law firm or

lawyers, any disciplinary action or investigation into the law firm or lawyer representing any party, and the wealth of any attorney or law firm.

10. Neither party will offer any argument or evidence that the Eastern District of Texas is an improper venue in which to try this case, or suggesting that either party lacks sufficient connection to the Eastern District of Texas. This agreement is not meant to preclude either party from offering otherwise admissible evidence about the background of the parties.

11. Neither party will reference before the jury equitable issues reserved for the Court, such as, but not limited to, inequitable conduct, prosecution history estoppel, estoppel, disclaimer, waiver, or unclean hands.

12. Both parties made objections to form to preserve their rights during depositions. When video or transcripts from such depositions are presented to the jury, all parties will remove all objections, comments, or responses to objections from the subject matter presented to the jury, to the extent practicable.

13. Neither party will reference or offer any argument or evidence concerning any unpleaded claims or defenses.

14. Neither party will offer or present any evidence or argument concerning settlement offers Barkan has made to Sprint or Sprint has made to Barkan, or any conduct of or statements made by the parties or their representatives during negotiations, communications, or discussions related to settlement.

15. Neither party will reference or offer any argument, evidence, or suggestion concerning SoftBank's relationship to Sprint.

16. Neither party will reference or offer any argument, evidence, or suggestion that the Court has the power to dismiss frivolous claims.

17. Neither party will reference or offer any argument, evidence, or suggestion concerning infringement under the Doctrine of Equivalents.

18. Neither party will reference or offer any argument, evidence, or suggestion concerning Barkan's separate litigation against T-Mobile.

Dated: February 16, 2021

Respectfully submitted,

/s/ Alexander W. Aiken
Max L. Tribble, Jr. – Lead Counsel
Texas State Bar No. 20213950
Justin Nelson
Texas State Bar No. 24034766
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
**SUSMAN GODFREY, LLP**
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

William D. O'Connell
New York State Bar No. 5491014
**SUSMAN GODFREY, LLP**

Respectfully submitted,

/s/ David E. Finkelson (w/ permission)
David E. Finkelson (*pro hac vice*)
Lead Attorney
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Tel: 804-775-1000
Fax: 804-698-2016
dfinkelson@mcguirewoods.com

Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

Meghan M. Rachford (*pro hac vice*)
**MCGUIREWOODS LLP**
Promenade
1230 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Tel: (404) 443-5500

4

1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
boconnell@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Robert Allen Bullwinkel
Texas State Bar No. 24064327
Blaine Andrew Larson
Texas State Bar No. 24083360
**HEIM, PAYNE & CHORUSH, LLP**
Heritage Plaza
1111 Bagby Street
Suite 2100
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
blarson@hpdlp.com
mheim@hpcllp.com
abullwinkel@hpcllp.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawla.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com

Fax: (404) 443-5599
mrachford@mcguirewoods.com

Robert W. Weber (TX 21044800)
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
PO Box 6167
Texarkana, Texas 75503
Tel: (903) 223-5656
Fax: (903) 223-5652
bweber@smithweber.com

*Counsel for Defendants Sprint Communications Co. L.P., Sprint Solutions, Inc., and Sprint Spectrum L.P.*

claire@wsfirm.com
andrew@wsfirm.com

*Attorneys for Plaintiff Barkan Wireless IP Holdings, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021 a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service by email.

                                               */s/ Alexander W. Aiken*
                                               Alexander W. Aiken