IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P.,<br><br>                    Plaintiff,<br>     v.<br><br>SPRINT COMMUNICATIONS CO., L.P., SPRINT SOLUTIONS, INC., and SPRINT SPECTRUM L.P.,<br><br>                    Defendants. | Civil Action No. 2:19-cv-00336-JRG<br><br>JURY TRIAL DEMANDED |

### BARKAN'S UNOPPOSED MOTION TO EXCLUDE LEAD ATTORNEY FROM PRETRIAL CONFERENCE

Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan") hereby requests that its Lead Counsel, Max L. Tribble, Jr., be excused from attending the pretrial conference hearing set for March 9, 2021.  Mr. Tribble is set for hearing on a Motion to Compel in *Preston Marshall v Elaine Marshall, et al*., Cause No. 365,053-404, In Probate Court Number Four (4) of Harris County, Texas, representing the Plaintiff, on the same date.  The Harris County Motion to Compel hearing had begun and was in process when the courts were shut down for COVID 19.  The Motion to Compel hearing was reset on January 15, 2021.

Mr. Justin Nelson, who is fully knowledgeable about the issues in dispute and who has authority to answer any questions, will attend the *Barkan* Pretrial Conference hearing along with Local Counsel.

DATED: February 25, 2021                                       Respectfully Submitted,

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr. – Lead Counsel
Texas State Bar No. 20213950
Justin Nelson
Texas State Bar No. 24034766
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

William D. O'Connell
New York State Bar No. 5491014
**SUSMAN GODFREY, L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
boconnell@susmangodfrey.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth DeRieux
Texas State Bar No. 05770585
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Michael F. Heim

1

Texas State Bar No. 09380923
Robert A. Bullwinkel
Texas State Bar No. 24064327
Blaine A. Larson
Texas State Bar No. 24083360
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby St., Suite 2100
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com
blarson@hpcllp.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff Barkan Wireless IP Holdings, L.P.*

## CERTIFICATE OF CONFERENCE

      I hereby certify that Plaintiff has complied with the meet and confer requirements set forth in Local Rule CV-7(h). Counsel for Barkan met and conferred with counsel for Defendant on February 25, 2021, and counsel for Defendant indicated it is unopposed to the relief sought in this motion.

                                               */s/ William D. O'Connell*
                                               William D. O'Connell