# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00336-JRG |
| | § | |
| SPRINT CORPORATION, SPRINT COMMUNICATIONS CO., L.P., SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., COMMSCOPE TECHNOLOGIES, LLC, | § § § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

In light of the parties' Joint Notice Regarding Mediation (Dkt. No. 148) notifying the Court that mediation would be beneficial in this matter, but that the parties are unable to agree on a mediator, the Court hereby appoints the Hon. David Folsom, Jackson Walker, L.L.P., 6002-B Summerfield Drive, Texarkana, Texas 75503, telephone number (903) 255-3251 Email: dfolsom@jw.com, as mediator in the above referenced case. The parties are **ORDERED** to mediate before the Hon. David Folsom as soon as reasonably practicable but in no event later than thirty (30) days from the issuance of this Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: hthttp://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local

Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**So ORDERED and SIGNED this 26th day of February, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE